IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
        Plaintiff    )
                              )
vs                            ) Criminal No. 02-22 Erie
                              )
ARMANDO LOPEZ                 )
        Defendant    )

### ORDER OF COURT

AND NOW, to wit, this 3rd day of March [February stricken], 2008, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the case impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded case shall file a request with the Clerk with notification to all parties. This pleading/file is to remain sealed for the next 15 years.

Document: 15

Maurice B. Cohill, Jr.
U.S. District Judge